

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/17/2018

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 17-35649 |
| REGINALD CHARLES RICHARD | § | CHAPTER 7 |
| | § | |
| Debtor(s). | § | DAVID R. JONES |

### ORDER
**(Docket No. 107)**

Having reviewed and considered the Debtor's motion for new trial or reconsideration (Docket No. 107), the response thereto (Docket No. 109), the original pleadings filed by the parties in this case (Docket Nos. 59, 60, 72, 83 and 85), and the proceedings themselves, the Court finds no legal or factual basis to overturn the prior order converting this case to chapter 7. Accordingly, it is

**ORDERED THAT**:

1. The Debtor's motion for new trial or reconsideration is **DENIED**.

**SIGNED: September 17, 2018.**

_____
DAVID R. JONES
CHIEF UNITED STATES BANKRUPTCY JUDGE